IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

RECEIVED
2019 DEC 30 P 4: 03
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Monica Eaves
_____
**PLAINTIFF**

v.

Church's Chicken
_____
**DEFENDANT**

CASE ACTION NO. 2:19-CV-1094-ALB-JTA

JURY DEMAND (MARK ONE)

☐ YES   ☐ NO

## EEOC COMPLAINT

1. Plaintiff resides at 314 Melanie Dr Montgomery, Al. 36109

2. Defendant(s)' name(s) Church's Chicken

   Location of principal office(s) of the named defendant(s) Church's Chicken 9800 Hammonds Drive

   Nature of defendant(s)' business Church's Chicken

   Approximate number of individuals employed by defendant(s) 500 Plus employees

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below: Sexual harassment and Retaliation making the working environment a hostile work environment

5.  Plaintiff is:
    A.  ✓ Presently employed by the defendant.
        ___ Not presently employed by the defendant. The dates of employment were _____ Employment was terminated because:
        
        (1) ___ Plaintiff was discharged.
        (2) ___ Plaintiff was laid off.
        (3) ___ Plaintiff left job voluntarily.

6.  Defendant(s)' conduct is discriminatory with respect to the following:

    A.  ___ My race.
    B.  ___ My religion.
    C.  ___ My sex.
    D.  ___ My national origin.
    E.  ___ Other, as specified below: Retaliation

7.  The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Mose Walker Black male

8.  The alleged discrimination occurred on or about around May 7, 2019.

9.  The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
    A RGM a came to my store on Jan. 30, 2019. He kissed me in my face and grabbed my butt. I informed my boss Moses Walker about the incident. He did not do any thing. He stated in that a RGM that I was too busy bitching. He gave me a below target evaluation on May 7, 2019. I was given a 60 day comply plan. I was denied a raise I contact HR. Avedrienne Brealond she stated that was not sexual harrassment and I need to move on. During the time I was reporting the complaint. My boss Moses Walker was making my work difficult, I was not able to take my vacation time, personal sick day when I had doctor excuse work was becoming very stressful.

10. The alleged illegal activity took place at Church's Chicken

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about  Signed on 9-5-19  .
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _____.

12. I seek the following relief:

   A. ___ Recovery of back pay.
   B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 12-30-2019

Momie Earns
Signature of Plaintiff

314 Melanie Dr.
Montgomery, AL. 36109
334-221-6184
Address & Telephone Number of Plaintiff